Berel Teischman, Respondent, v. Alexander S. Pilat, Appellant.— Motion for stay denied. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

Maudella Mae Cahill, as Executrix, etc., of William P. W. Haff, Deceased, Respondent, v. Harmon B. W. Haff, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur.

Kathryn Carlson, now Kathryn Daly, Administratrix, etc., of Arthur G. Carlson, Deceased, Respondent, v. Harrison G. Wiseman, Appellant.— Order denying motion to dismiss for lack of prosecution affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur.

Mary Clancy, Respondent, v. Regina Perlmutter, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

Bird S. Coler, Commissioner of Public Welfare of the City of New York, on Complaint of Mary Geis, Respondent, v. Arthur Mihan, Appellant.— Order of filiation of the Court of Special Sessions, Queens county, affirmed. No opinion. Kelly, P. J., Manning, Kelby, Young and Kapper, JJ., concur.

Helen Curley, Respondent, v. Otto Lindroth, Doing Business under the Firm Name and Style of Lindroth Brothers, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur.

Margaret Curley, Respondent, v. Otto Lindroth, Doing Business under the Firm Name and Style of Lindroth Brothers, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur.

Mary E. Dixon, Respondent, v. Edmund D. Dixon and Another, Appellants, Impleaded with Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

Estate of S. Weinstein, Appellant, v. Ruthland Realty Corporation and Another, Respondents, Impleaded with Others, Defendants.— Order denying motion for dismissal of counterclaim and to strike out affirmative defense affirmed, with ten dollars costs and disbursements. The allegation of performance contained in the complaint is insufficient. If the conditions of the contract referred to in the complaint were fully performed by plaintiff, the allegation of performance might be made as provided in Civil Practice Rule 92 [Rules Civ. Prac. rule 92]. But plaintiff cannot plead changes, alterations and modifications, " if any," and still take advantage of Civil Practice Rule 92. Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur.

Vito Gilardi, as Administrator, etc., of Carl Gilardi, Deceased, Respondent, v. Samuel Greenberg, Appellant.— Judgment and order reversed upon the law, and a new trial granted, costs to abide the event, upon the ground that it was error to admit evidence of prior convictions of minor offenses at folios 244 to 253 of the record. (See v. Wormser, 129 App. Div. 596, 597.) Rich, Jaycox, Kelby and Young, JJ., concur; Kelly, P. J., dissents.